FILED
JUL 05 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

JOSHUA D. BLAND
CDCR#: P29302
KERN VALLEY STATE PRISON
3000 WEST CECIL AVENUE
DELANO, CA 93216

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
(FRESNO DIVISION)

JOSHUA D. BLAND, UNITED STATES PERSON, )  Civil Case No.: 1:23-CV-01000-EPG (PC)
Joshua D. Bland, American Citizen,      )
        Plaintiffs,                     )            VERIFIED
                                        )         Bill in Equity
        V.                              )          (COMPLAINT)
                                        )
TREASURER OF THE UNITED STATES,         )    Title 50 U.S.C. Section 4309(a)
UNITED STATES OF AMERICA,               )
        Defendants.                     )

## VENUE

I. The above-entitled court is an appropriate venue, because Title 50 of the United States Code Section 4309(a) requires plaintiffs to institute a suit in equity in the district court of the United States for the district in which such claimant and/or plaintiff resides. Title 28 U.S.C. Section 1391(b)(2).

II. This bill in equity, including a duplicate copy of evidence attached herewith consists of 5 pages. Defendants are being sued in its individual and official capacity(ies).

## JURISDICTION

III. This bill in equity is ripe for adjudication on the merits of the claims. The above-entitled court does have jurisdiction to hear the factual allegations brought herein pursuant to the causes of action as follows:

FIRST CAUSE OF ACTION:
Title 50 U.S.C. Section 4309(a) is invoked for unlawful conversion of property.
SECOND CAUSE OF ACTION:
The CONSTITUTON OF THE UNITED STATES, Amendment V, is invoked because "No person shall be ... deprived of ... property without due process of law; nor shall private property be taken for public use, without just compensation."
THIRD CAUSE OF ACTION:
The CONSTITUTION OF THE UNITED STATES, Article III, Clause 2 is invoked because "The judicial power shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United States, and ... to controversies

to which the United States is a party."

**FOURTH CAUSE OF ACTION:**

Title 28 U.S.C. Section 1331 is invoked to answer a federal question.

**FIFTH CAUSE OF ACTION:**

Title 28 U.S.C. Section 1356 is invoked for the seizure of personal property NOT within admiralty and maritime jurisdiction.

**SIXTH CAUSE OF ACTION:**

Title 28 U.S.C. Section 2674 is invoked for a federal tort claim. This claim is timely because it has been presented to the appropriate federal agency within two years with STANDARD FORM 95 as required by Title 28 U.S.C. Section 2401(b). Plaintiffs have timely exhausted available administrative remedies by delivering said to defendants via "certified mail" return receipt requested, Certified Mail No.: 9589-0710-5270-0018-4501-25.

**SEVENTH CAUSE OF ACTION:**

The California Uniform Commercial Code Section 1376(a) is invoked for unlawful conversion of personal property.

//
//
//

Plaintiffs Do Demand A Judge Trial
JURY TRIAL IS WAIVED.

Supplemental jurisdiction is duly invoked for the court to hear the plaintiffs cause of action under State law. See: Title 28 U.S.C. Section 1367(a).

AS AND FOR A FIRST CAUSE OF ACTION

1. Plaintiffs reside in Kern County, California and is imprisoned at KERN VALLEY STATE PRISON, and respectfully shows and alleges as follows:

2. That, upon information and belief, defendants are actors under the color of federal law and at all times herein relevant, served as Treasurer of the United States in the office of the Treasury of the United States located within:

DEPARTMENT OF THE TREASURY
1500 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, DC 20220

3. That this is a civil action brought for money damages to redress the injuries defendants have caused to plaintiffs by the deprivation of property under the color of federal law and to secure just compensation by the Fifth Amendment of the Constitution of the United States.

## AFFIDAVIT OF FACTUAL ALLEGATIONS

COUNT ONE: Right To Sue Under The Trading With The Enemy Act, 50 U.S.C. Sec. 4309(a).

I, Joshua D. Bland, do hereby declare and aver:

1. At the time of the acts hereinafter alleged, Plaintiff Joshua D. Bland was serving as a private American Citizen under Section 1 of the fourteenth amendment to the Constitution for the United States of America, and plaintiff JOSHUA D. BLAND was serving as a United States Citizen under Section 1 of the Fourteenth Amendment of the Constitution of the United States, respectively;

2. Resolved that I, Joshua D. Bland, in esse, and in personam, of the age of majority, competent and able to release, and now coming with express intent and purpose, being duly affirmed, hereby depose, certify and declare the following: Let no word, action, or writing be construed to imply the granting of any power of attorney, waiver of Rights, or assignment of title;

3. That I, Joshua D. Bland, with intent and purpose of not being a **volunteer**, hereby recind and revoke all past or present voluntary signatures of suretyship for the State-created, Public U.S. Citizen "JOSHUA DAVIS BLAND," "J.D. BLAND," "JOSHUA BLAND," "BLAND, JOSHUA D." or any other derivatives and variations of said NAME and nom de guerre thereof. And future signatures of suretyship will require consideration on the part of the creditor or alleged creditor, as I hereby invoke my purely equitable rights of subrogation and substitution. Maxim: "Equity regards as done that which ought to have been done;"

4. That I, Joshua D. Bland, expressly intend to irrevocably terminate the guardian/ward legal relation, but reserve all personal property rights, legal and equitable by nature or by characteristic, granted or secured by The Constitution for the United States of America, The Constitution for the State of California, the historic fundamental rights of American Equity Jurisprudence under the principles and Maxims of Equity and trust law where I am without any remedy at Law and "where there is a conflict under the rules of equity and the rules of common law over the same matter, the rules of Equity prevail." (Judicature Act of 1873);

5. That I, Joshua D. Bland, "presumed," due to deceit and trickery, to be a surety/trustee for the Public U.S. citizen "JOSHUA DAVIS BLAND" and therefore, "presumed" to be a statutory resident of one of the fictional, corporate "BUCK ACT STATES" (an impossibility because a state exists only on paper and perhaps in one's mind, and therefore, residence within a state is impossible), hereby express my intention, upon the filing of this Release, to return to my natural born status as a Private American conferred at my natural birth, that status being a creature of Eros

1  (God) and private individual on the de jure land described as the California republic,
2  or any other de jure republic on which I may be currently living or sojouring through.
3  See: Hale v. Henkel, 201 U.S. 43, 74 (1906);
4      6. That I, Joshua D. Bland, do assign all reversionary interests in the Birth Certificate of Public U.S. Citizen "JOSHUA DAVIS BLAND" created by the STATE
5  OF ARIZONA and UNITED STATES, INC. (severally and jointly hereinafter referred to
6  as RELEASEES) upon the public filing of a "CERTIFICATE OF LIVE BIRTH," to the Treasury of the UNITED STATES, Nunc Pro Tunc/Ab Initio to June 4, 1979;
7      7. That I, Joshua D. Bland, absolutely release and disclaim said property
8  interests so as to limit the RELEASEES in whose favor said property interests would
9  otherwise be exercisable, hereby discharging said RELEASEES, i.e., STATE OF ARIZONA
10  and UNITED STATES, and any other "STATE OF," as well as any state and federal actors
11  and all judges of said entities, of all duties and obligations relating to said interests effective immediately;
12      8. That I, Joshua D. Bland, reserve all personal and property rights,
13  legal and equitable by nature, granted or secured by "the Constitution for the
14  united states of America," "the Constitution for the state of California" and the
15  historic American Equity Jurisprudence and intend to be legally bound by this Release executed within this Bill in Equity and filed with the district court of the United
16  States with the spirit and intent of the laws of release of powers, the Maxims
17  of the Law of Contract and the Maxims of Equity;
    9. That I, Joshua D. Bland, am an American, one of the free, sovereign,
18  and independent People of the United States republic, born on the land known as
19  the republic of Arizona, but which Land is owned by the unseen Creator of the universes. I have never considered any other political status, actual or implied, to
20  be a benefit. I am subject to no higher power than the Almighty Uncause of all
21  causes. Upon the filing of this Bill in Equity I shall no longer be deemed a "rebel,
22  beligerent or enemy" of UNITED STATES OF AMERICA, UNITED STATES or THE UNITED STATES during its war and "temporary" national emergency. I expressly claim a purely
23  benefitical interest by nature to all property, including "money" for use of JOSHUA
24  DAVIS BLAND and JOSHUA DAVIS BLAND TRUST;
25      10. That I must state the "original Trading With the Enemy Act allowing for infringements on civil liberties were expressly directed only at persons OTHER
26  THAN citizens of the United States. In effect, the federal government assumed total
27  authority over such non-citizen enemy aliens in every way through the Act of 1917.
28  But in 1933 with the Emergency Banking and Bank Conservation Act, American citizens

and their transactions were no longer exempt. By surreptitiously extending World War I-era legislation aimed at foreign nationals to citizens in peacetime, the federal government placed the American people and their transactions in the same category as "enemies." A faithful interpretation of the amalgamation of the two Acts yield no other conclusion: On March 9, 1933, the Congress of the United States declared the American people to be the "enemy." See: Suffolk University Law Review 2000, 33 Suffolk U.L.Rev. 259 at page 278 (Government by Permanent Emergency: The Forgotten History of the New Deal Constitution). President Roosevelt and his Congress enacted laws designed to regulate and control every aspect of the American economy and any property in the United States;

11. That I affirm the "declaration of national emergency" codified at Title 50 U.S.C. Section 1702(a)(1) applies to "any person, or with respect to any property, subject to the jurisdiction of the United States." The Trading With the Enemy Act as amended applies to "any person, or with respect to any property, subject to the jurisdiction of the United States." Title 50 U.S.C. Section 4305(b). And, the Emergency Banking and Bank Conservation Act codified at Title 12 U.S.C. Section 95a applies to "any person, or with respect to any property, subject to the jurisdiction of the United States." I am a non-combatant and not an "enemy" of the United States. I am not an enemy of the "State" as defined at California Penal Code Section 1389;

12. Therefore, I, Joshua D. Bland, do hereby waive, nunc pro tunc to June 4, 1979, the breach of contract regarding Article VI, Clause 2 and 3 of "the Constitution for the united states of America" committed by THE UNITED STATES, UNITED STATES OF AMERICA, JOSHUA DAVIS BLAND, UNITED NATIONS, DISTRICT OF COLUMBIA, STATE OF ARIZONA, STATE OF CALIFORNIA and all judges, legislative tribunals, and all administrative agencies consisting of the abandonment of property and property rights in the privileges or immunities clauses granted by Article IV, Section 2 and protected by Section 1 of the 14th Amendment to "the Constitution for the united state of America." I do hereby expressly waive and reject any and all privileges conferred by such citizenship status wherein government actors have presumed and assumed that I am an inferior public citizen of a war powers government; and there being no evidence to the contrary, the RECORD is made and is not compromised. I do not waive any other breach which has been committed or which may be committed by the UNITED STATES OF AMERICA, et al. In order to be heard I do consent to the military jurisdiction being exercised against me by any judge. I hereby do not Release all judges from their emergency war powers jurisdictional duties created by Section 17 of the "Trading With the Enemy Act" (50 U.S.C. Section 4315).

1  I now clearly inform the court that I am, a Private American whom has not harmed anybody or anything, do not, have not, and will not consent to at law or common
2  law jurisdiction of any kind. I am not aware of any valid contract entered into
3  by me knowingly, voluntarily, willingly, intentionally and with full disclosure,
4  that would obligate me to any common law, at law, administrative, or admiralty
5  jurisdiction, and I believe no such contract, ageement or document exists. I invoke statutory military equity jurisdiction;
6
7  13. I accept the Oaths of all public officers, namely all judges in all courts whatsoever, as a contract between us, and their trust obligations to uphold
8  and defend the "CONSTITUTION OF THE UNITED STATES" under the Law of the Land affirmed
9  "So help me God," and I do accept the "perpetual friendship" and "amity" of all members of the Bar Associations owed to Americans by the Treaty of Westminster 1794,
10 and their honest conduct owed by The Bar Association Treaty of 1947;
11 14. I revoke any and all consent, assumed, presumed, actual or implied,
12 to act as or be considered a voluntary surety, trustee, volunteer, corporate officer of any kind, a taxpayer, commercial driver, corporate franchise operator, warrant
13 officer, licensee, beneficiary of the public charitable trust or any other individual
14 or employee subject to the British Crown or the British King in any capacity whatsoever.
15 COUNT TWO: Unlawful Conversion of Personal Property.
16 15. Plaintiffs restate and re-allege paragraphs 1 through 14 of Count One
17 as if expressly rewritten herein;
18 16. Plaintiff Joshua D. Bland, signed and dated on July 15, 2021, the Letter, Exhibit "A", in which plaintiffs delivered to defendants accompanied by
19 a bond/monetary instrument that claimed:
20 "The above-entitled Depositor herewith encloses a single page $100 Million
21 -dollar "Bond" for deposit in, the :National Service Trust" under the terms herein and to be "held" for investment, by investor/depositor JOSHUA D. BLAND. Prior to
22 investment the Treasurer of the United States and/or the Secretary of the Treasury
23 shall forthwith furnish a "receipt" of the "Bond"/"Security" to JOSHUA D. BLAND,
24 Depositor. Title 31 U.S.C. §9301(2) states, "[An] "eligible obligation" means any security designated as acceptable in lieu of a surety bond by the Secretary of
25 the Tresury." Section 9303(b)(1)(2) and (c) provides, "An official receiving an
26 eligible obligation may deposit it with (A) the Secretary of the Treasury; (B) a
27 Federal reserve bank; or (C) a depository designated by the Secretary. The Secretary, bank, or depository shall issue a receipt that describes the obligation deposited.
28 Using an eligible obligation instead of a surety bond for security is the same as

6

using a <u>personal</u> or corporate surety <u>bond</u>."

"Title 42 U.S.C. §12601(a)(2) and (4) currently state,"There is established in the Treasury of the United States an account to be known as the National Service Trust. The Trust shall consist of ... an amount received by the Corporation as gifts or otherwise pursuant to 42 U.S.C. §12651(a)(2), if the terms of such donations direct that the donated amount be deposited in the National Service Trust, it shall be the duty of the Secretary of the Treasury to invest in full the amount appropriated to the Trust; ... investments may be only in interest-bearing obligations of the United States or in obligations guaranteed as to both principal and interest by the United States."

"The corporation for the National and Community Service "may solicit, hold, administer, use, and depose of ... donations of any money or property, real, personal, or mixed, tangible or intangible, received by gift, devise, bequest, OR OTHERWISE. Donations accepted shall be used as nearly as possible in accordance with the terms, if any, of such donations." 42 U.S.C. §12651(a)(2)(A) & (B).

"To be clear, title 42 U.S.C. §12651g(a)(2)(A), states, "The Corporation may hold [or] use, in furtherance of the purpose of the national service laws, donations of any money or property ... received by gift ... <u>OR OTHERWISE</u>." The Bond received with these terms and instructions is NOT deposited as a gift to the government.

TERMS AND INSTRUCTIONS

1. That the Bond herewith received in the amount of $100,000,000.00 is NOT a gift and delivered to the United States government to be held in an interest-bearing account for the depositor entitled-above to be paid interest accured quarterly at a rate of .00125 ($125,000.00). The bond herewith originally signed shall be invested "at least at 2% per annum" for the benefit of the "National Service Trust," that is to say, with only .00125 percent of accured interest in a government check (each quater per annum) mailed to:

      JOSHUA D. BLAND
      888 E. CENTRAL AVENUE
      SOUTHERLIN, OR 97479

2. That the accured interest (per quarter of an annual) above .00125 percent shall be for the benefit of the National Service Trust until the year of December 31, 3021, or alternatively until the National Service Trust is dissolved.

3. That the Secretary of the Treasury shall within thirty (30) days from the date of receipt of this Bond (attached) be returning this Bond to the

Principal at the foregoing address by Certified Mail Return Receipt Requested, with an explanation in terms of why the attached Bond was not duly invested as instructed herein. Failure to comply with the instructions provided herein shall constitute a Federal Tort Claim for the unlawful conversion of personal property. See: 28 U.S.C. §§2401(b), 2675(a); and California Government Code §82028(b)(2)."

17. Plaintiff Joshua D. Bland, at the time of the making, execution, and service of Exhibit "A" via Certified Mail (No.: 9589-0710-5270-0018-4501-25) on July 15, 2021, was a private American Citizen.

18. At the time of receipt of the original $100,000,000.00 bond (a true and correct photocopy of said bond is herewith attached with Exhibit "A"), the defendants well knew the bond was to be used by defendants for public use as an investment "in the Treasury of the United States [in] an account to be known as the National Service Trust." See: Title 42 U.S.C. Section 12601 et seq.

19. Plaintiffs have not received any monetary benefit whatsoever from the investment of said $100,000,000.00 private bond. Moreover, the defendants have not even returned to plaintiffs the original bond for him to invest it into a domestic market.

20. It appears it is quite immaterial whether or not the defendants' acts of dominion of the plaintiffs' private bond is beneficial to the government. In other words, it is not necessary for a conversion that the TREASURER OF THE UNITED STATES intends to apply the private bond to its own account known as the "NATIONAL SERVICE TRUST." So long as the UNITED STATES OF AMERICA has exercised a dominion over the private bond in exclusion, in defiance of, or inconsistent with the plaintiffs right to invest money for "public use," this appears to be an unlawful conversion of the plaintiffs personal property.

21. It appears intent to convert does not necessarily mean that the plaintiffs must prove the defendants had a consciouse purpose to deprive plaintiff JOSHUA D. BLAND of ownership or dominion of the private bond delivered to the defendants for investment purposes to receive accured interest income.

22. Plaintiffs hereby sues for the full value of the private bond in the amount of $100,000,000.00 (One Hundred Muillion) United States Dollars (USD), because it appears it is not necessary to prove a DEMAND AND REFUSAL of the private bond once conversion can otherwise be shown.

23. The defendants are charged with an actual interference of the plaintiffs' ownership or right of possession of the original private bond delivered to the defendants in anticipation of a public investment. It appears plaintiffs'

private bond that was for "public use" shall not have been "taken ... without just compensation" under the fifth amendment to the Constitution for the united states of America.

24. In light of the plaintiff establishing he is not an enemy of the federal government it appears the vesting of his private bond was an unlawful taking of personal property. As a result, plaintiff sues for the unlawful conversion of personal property.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

On February 18, 2023, plaintiffs mailed the federal STANDARD 95 form to the DEPARTMENT OF THE TREASURY, Washington, D.C., via Certified Mail (Number: 9589-0710-5270-0018-4501-25). SEE Exhibit "B".

## PRAYER FOR RELIEF

WHEREFORE, with good cause existing for the court to act as follows:

1. Pursuant to Title 50 U.S.C. Section 4309(a): (A) Court order plaintiff Joshua D. Bland and or plaintiff JOSHUA D. BLAND is allowed "to establish [his] interest, right, and title" to the original signed private bond as evidenced by a duplication of the bond herewith attached to this pleading; and (B) For the benefit of plaintiffs, court order the TREASURY OF THE UNITED STATES to cause the value of the original private bond to be "retained" in an account in the TREASURY OF THE UNITED STATES in the amount of $100,000,000.00 (One Hundred Million) USD until "final judgment" which shall be entered in favor of the plaintiffs or entered against plaintiffs; and (C) Court order the CLERK OF THE COURT of the United States District Court to be the primary trustee over the account in the sum certain of $100,000,000.00 (One Hundred Million) United States Dollars (USD).

2. Upon final judgment in favor of the plaintiffs, Court order the CLERK OF THE COURT to apportion the converted personal property as follows:

GIFT TO: TREASURY OF THE UNITED STATES $60,000,000.00 (Sixty Million) USD
AND
PAY TO: JOSHUA D. BLAND $40,000,000.00 (Fourty Million) USD.

//
//
//
//
//
//
//

## VERIFICATION

I, JOSHUA D. BLAND, do hereby declare:

I am the plaintiff and claimant in the above-entitled action. I have read the aforementioned Bill in Equity, Prayer for Relief and I know the contents thereof. The same is true for my own knowledge, except as to those matters which are therein stated on information and belief, and as to those matters, I believe them to be true.

Under penalties of perjury, and without the "United States" as defined in Title 28 U.S.C. Section 1746(1), I do so declare under the laws of the State of California the above-mentioned is true, correct, certain, and complete.

I grant you my name on special deposit. On special deposit for the benefit of JOSHUA D. BLAND.

Executed on this 15th day of February, 2023.

BY: _____
Joshua D. Bland / JOSHUA D. BLAND
Plaintiffs In Pro Per.

# Exhibit A

JOSHUA D. BLAND, Depositor
207 West Matlock Drive
Payson, Arizona [85541]

Certified Mail Tracking No.: 9589-0710-5270-0018-4501-25

DEPARTMENT OF THE TREASURY
TREASURER OF THE UNITED STATES
1500 Pennsylvania Avenue, N.W.                    July 15, 2021
Washington, D.C. 20220

RE: Investment of "Bond" herewith Enclosed Valued at $100,000,000.00

Subject: Corporation for National and Community Service at Title 42 U.S.C. §12651

Dear Treasurer of the United States:

The above-entitled Depositor herewith encloses a single page $100 Million-dollar "Bond" for deposit in, the "National Service Trust" under the terms, herein and to be "held" for investment, by investor/depositor JOSHUA D. BLAND. Prior to investment the Treasurer of the United States and/or the Secretary of the Treasury shall forthwith furnish a "receipt" of the "Bond"/"Security" to JOSHUA D. BLAND, Depositor. Title 31 U.S.C. §9301(2) states, "[An] "eligible obligation" means any security designated as acceptable in lieu of a surety bond by the Secretary of the Treasury." Section 9303(b)(1)(2) and (c) provides, "An official receiving an eligible obligation may deposit it with (A) the Secretary of the Treasurary; (B) a Federal reserve bank; or (C) a depository designated by the Secretary. The Secratary, bank, or depository shall issue a reciept that describes the obligation deposited. Using an eligible obligation instead of a surety bond for security is the same as using a personal or corporate surety bond."

Title 42 U.S.C. §12601(a)(2) and (4) currently state, "There is established in the Treasury of the United States an account to be known as the National Service Trust. The Trust shall consist of ... an amount recieved by the Corporation as gifts or otherwise pursuant to 42 U.S.C. §12651(a)(2), if the terms of such donations direct that the donated amount be deposited in the National Service Trust, it shall be the duty of the Securety of the Treasury to invest in full the amount appropriated to the Trrust; ... investments may be made only in interest-bearing obligations of the United States or in obligations guaranteed as to both principal and interest by the United States."

The corporation for National and Community Service "may solicit, hold, administer, use, and depose of ... donations of any money or property, real, personal, or mixed, tangible or intangible, received by gift, devise, bequest, OR OTHERWISE. Donations accepted shall be used as nearly as possible in accordance with the terms, if any, of such donations." 42 U.S.C. §12651g(a)(2)(A)(B).

To be clear, title 42 U.S.C. §12651g(a)(2)(A), states, "The Corporation may hold [or] use, in furtherance of the purpose of the national service laws, donations of any money or property ... received by gift ... OR OTHERWISE." The Bond received with these terms and instructions is NOT deposited as a gift to the government.

TERMS AND INSTRUCTIONS

1. That the Bond herewith recieved in the amount of $100,000,000.00 is NOT a gift and delivered to the United States government to be held in an interest-bearing account for the depositor entitled-above to be paid interest accured quarterly at a rate of .00125 ($125,000.00). The bond herewith originally signed shall be invested "at least at 2% per annum" for the benefit of the "National Service Trust," that is to say, with only .00125 percent of accured interest in a government check (each quarter per annum) mailed to:

    JOSHUA D. BLAND
    888 E. CENTRAL AVENUE
    SOUTHERLIN, OR 97479

2. That the accured interest (per quarter of an annual) above .00125 percent shall be for the benefit of the National Service Trust until the year of December 31, 3021, or

1

alternatively until the National Service Trust is dissolved.

AND

3. That the Secretary of the Treasury shall within thirty (30) days from the date of receipt of this Bond (attached) by returning this Bond to the Principal at the foregoing address by Certified Mail Return Receipt Requested, with an explanation in terms of why the attached Bond was not duly invested as instructed herein. Failure to comply with the instructions provided herein shall constitute a Federal Tort Claim for the unlawful conversion of personal property. See: Title 28 U.S.C. §§2401(b), 2675(a); and California Government Code §82028(b)(2).

Dated on: July 15, 2021.

Respectfully Invested,

BY: _____
JOSHUA D. BLAND

Tracking No. 70203160000216645144

TO: Secretary of the Treasury / I.M.F.
C/O DEPARTMENT DE HACIENDA
P.O. BOX 9024140,
SAN JUAN, PR 00902-4140

# PRIVATE REGISTERED BOND FOR INVESTMENT
### Value of Bond is: $100,000,000.00
### ONE HUNDRED MILLION U.S. DOLLARS

PRIVATE REGISTERED SELF BACKED BOND BASED ON FUTURE EARNINGS IN RE: LIVE BIRTH # 102-79-018736/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 for Investment at the discretion of the Secretary of the Treasury/U.S. DEPARTMENT OF THE TREASURY as Fiduciary

Attention: Fiduciary/Receiver:

The below Undersigned Principal, Joshua-Davis: Bland on behalf of the JOSHUA DAVIS BLAND ESTATE/TRUST, herewith includes proof of the original issued instrument for basis of future value predicated on Certificate of Live Birth under Number 102-79-018736. Current value accepted and issued as credit as indicated at the same amount as this bond. All endorsements front and back, to be attached to the original. The Undersigned Principal being the only known legitimate party having ameliorated value into aforesaid, contributing of the credit assured therein. Tendered in accordance with all applicable laws including but not limited to UCC 1-104 and Public Law 73-10 and Chap. 48, 48 Stat. 112.

## BOND ORDER

You are hereby directed to utilize said credit (asset funds) for sound investment purposes not including games of speculation. This bond valued at ONE HUNDRED MILLION ($100,000,000) is issued to the treasury with a maturity date of 100 years hence bearing 1% interest per annum for a full value of $100,000,000 at maturity date. This credit we issue with guarantee of ONE HUNDRED MILLION DOLLARS ($100,000,000) to the treasury that we make with no request for money up front. In return we would like the treasury to use the credit of ONE HUNDRED MILLION DOLLARS ($100,000,000) to make investment(s) of at least 2% per annum in safe non-speculative investments, 1% of which will be held on account or reinvested to continue to accrue and roll over to cover the bonds value at maturity. Please also note the below Trust Name & Address to be used for anything over the 1% per annum divisible on biannual basis accordingly available after the first term from the date of receipt indicated on the green card return receipt from acceptance. Please send overages in the form of a check for use by the trust in operations and other investments. This agreement creates full security of the funds as you are guaranteed to be paid as they will accrue in your control, furthermore we will also pledge the current and future assets of the trust as a guarantee of payment in full upon maturity or if it pleases the treasury to reissue another bond on the same basis. This Bond shall be ledgered as an asset to mature in One-Hundred (100) years from the date of issuance.
The Secretary of the Treasury shall have Thirty (30) days from the date of receipt of this Bond, as witnessed by the date of receipt of sending, to dishonor this Bond by returning this Bond to the Principal at the address below by mail verified by return receipt, with an explanation of all deficiencies. Failure to return the Bond as stated shall constitute Acceptance and Honoring of this Bond.
All overages held and not distributed may be used at the discretion of JOSHUA DAVIS BLAND ESTATE/TRUST for set-off of any private, commercial, corporate or Public bills, taxes, debts, money claims, demand(s) for payment(s) and the like, used in any regular course of business affairs as well as backing for lending at institutions for lines of credit, to transmit electronic telex or other instruction to the vendor/creditor to remove 'ledgered debt' from their books or for discharge/setoff for adjustment of account for settlement and/or closure. Void where prohibited by law.

Trustee/Secured Party: Joshua-Davis: Bland
on behalf of <u>JOSHUA DAVIS BLAND TRUST©</u>



Joshua Davis Bland
Party ID: c432a265-0601-4ecb-ad7f-c8cbe0701c51
IP Address: 47.150.222.211
Security Level: Extra

Multi-Factor
Digital Fingerprint   cae141bd56ee1def50138c2428034a4b
Checksum

This instrument is backed by the full faith and credit of JOSHUA DAVIS BLAND TRUST©
888 E CENTRAL AVE. SOUTHERLIN, OR 97479

Item # 06041979-JDB-PRB

# Exhibit

# B

# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM APPROVED
OMB NO. 1105-0008

**1. Submit to Appropriate Federal Agency:**

DEPARTMENT OF THE TREASURY
TREASURER OF THE UNITED STATES
1500 Pennsylvaina Avenue, N.W.
Washington, D.C. 20220

**2. Name, address of claimant, and claimant's personal representative if any.** (See instructions on reverse). Number, Street, City, State and Zip code.

JOSHUA D. BLAND
207 West Matlock Drive
Payson, Arizona [85541]

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY NONE ☐ CIVILIAN | 06/04/1979 | NONE | July 15th, 2021 | NONE |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

(see attached 'Affidavit of Factual Allegations')

**9. PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

NONE

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

(see attached 'Affidavit of Factual Allegations')

**10. PERSONAL INJURY/WRONGFUL DEATH**

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

NONE

**11. WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| NONE | NONE |

**12.** (See instructions on reverse). **AMOUNT OF CLAIM** (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| (SEE ATTACHED) | NONE | NONE | (SEE ATTACHED) |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
|  | NONE | 2023/ii/18 |

**CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM**

The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729).

**CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS**

Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.)

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

**15. Do you carry accident Insurance?** ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.   ☐ No

NONE

**16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?** ☐ Yes ☐ No

NONE

**17. If deductible, state amount.**

NONE

**18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).**

NONE

**19. Do you carry public liability and property damage insurance?** ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).   ☐ No

NONE

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A <u>SUM CERTAIN</u> FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN <u>TWO YEARS</u> AFTER THE CLAIM ACCRUES.

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.
  B. *Principal Purpose:* The information requested is to be used in evaluating claims.
  C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
  D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is <u>solely</u> for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

06/22/2023

Dear Clerk:	RE: Verified Bill im Equity
	(50 USC § 4309(a))

Upon the filing of the enclosed, please would you send me (Plaintiff) a copy of the filling fee bill as well as to email such information to my father who is the one whose gonna pay for the filing fee. His email is: JeffBland1@Yahoo.com

Thank you for your time in this matter.

Sincerely Yours,

*[signature]*