## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**JOSHUA DAVIS BLAND,**

CASE NO: **1:23–CV–01000–JLT–EPG**

v.

**TREASURER OF THE UNITED STATES,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 01/25/2024**

**Keith Holland**
Clerk of Court

ENTERED: **January 25, 2024**

by: /s/ E. Flores
Deputy Clerk